UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **KEITH J. OFFORD** | **DOCKET NO. 2:24-cv-01409** |
| **REG. # 21989-026** | **SECTION P** |
| | |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| | |
| **FELIPE MARTINEZ, JR.** | **MAGISTRATE JUDGE LEBLANC** |

### MEMORANDUM RULING

Before the court is a Report and Recommendation [doc. 7] from the magistrate judge, recommending that petitioner's claims be dismissed without prejudice for failure to exhaust administrative remedies. Petitioner has filed an objection [doc. 8], asserting that he was unable to timely file his BP-11 appeal to the Central Office because he was in the Special Housing Unit for several months and lacked access to a law library or legal materials. As the magistrate judge noted, however, the Central Office's denial included instructions for the petitioner to "provide staff verification stating reason untimely filing was not your fault" and there is no evidence in the record that the petitioner took steps to comply. Doc. 7, p. 3. His allegations are insufficient to excuse his failure to exhaust remedies with the Bureau of Prisons before filing his § 2241 petition. Accordingly, the court will adopt the magistrate judge's recommendation and dismiss this matter without prejudice.

**THUS DONE AND SIGNED** in Chambers this 23rd day of February, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE